No. 81–2409. SECURITY GAS & OIL INC. ET AL. *v.* KRAMAS. C. A. 9th Cir. Certiorari denied.

No. 81–6821. HAMILTON *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–6938. RAEEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6953. BOYER *v.* RILEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–98. SCALZITTI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–164. FELICE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–218. NIXON *v.* CARMEN, ADMINISTRATOR OF GENERAL SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–247. MANCHESTER ENVIRONMENTAL COALITION ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–265. RAINERI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–313. PAVONE ET AL. *v.* GIUFFRIDA, DIRECTOR, FEDERAL EMERGENCY MANAGEMENT AGENCY. C. A. 2d Cir. Certiorari denied.

No. 82–341. NUECES COUNTY NAVIGATION DISTRICT No. 1 *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.